1  Dan Stormer, Esq. [S.B. #101967]
   Acrivi Coromelas, Esq. [S.B. #298305]
2  Brian Olney, Esq. [S.B. #298089]
   HADSELL STORMER & RENICK LLP
3  128 North Fair Oaks Avenue
   Pasadena, California 91103-3645
4  Telephone: (626) 585-9600
   Facsimile: (626) 577-7079
5  Emails: dstormer@hadsellstormer.com
           acoromelas@hadsellstormer.com
6          bolney@hadsellstormer.com

7  Attorneys for Plaintiff
   KENO V. THOMAS
8

9  Eric J. Amdursky, Esq. [S.B. #180288]
   O'MELVENY & MYERS LLP
10 2765 Sand Hill Road Menlo Park, California 94025-7019
   Telephone: (650) 473-2600
11 Facsimile: (650) 473-2601
   Email: eamdursky@omm.com

12 Margaret L. Carter, Esq. [S.B. #220637]
   Katelyn D. Edwards, Esq. [SB # 281109]
13 O'MELVENY & MYERS LLP
   400 South Hope Street
14 Los Angeles, California 90071
   Telephone: (213) 430-6000
15 Facsimile: (213) 430-6407
   Emails: mcarter@omm.com
16 kedwards@omm.com

17 Attorneys for Defendants
   STARZ ENTERTAINMENT, LLC and
18 MICHAEL THORNTON

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| KENO V. THOMAS, | Case No: CV15-09239 CAS (AFMx) |
|---|---|
| Plaintiff, | [Assigned to the Honorable Christina A. Snyder - Courtroom 5] |
| v. | |
| STARZ ENTERTAINMENT, LLC; MICHAEL THORNTON; and DOES 1 through 20, inclusive, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING DATE AND AMEND BRIEFING SCHEDULE** |
| Defendants. | Complaint Filed: Oct. 29, 2015<br>Discovery Cut-Off: None set<br>Motion Cut-Off: None set<br>Trial Date: None set |

[PROP] ORDER RE: JNT STIP TO CONT HEARING
DATE AND AMEND BRIEFING SCHEDULE         1

# **ORDER**

The Court, having considered the Parties' joint stipulation, IT IS HEREBY ORDERED that the hearing date of Defendants' Motion to Dismiss First Amended Complaint is continued to June 6, 2016.

IT IS FURTHER ORDERED that Plaintiff's Opposition brief is due May 9, 2016, and Defendants' Reply brief is due May 23, 2016.

DATED: April 21, 2016

_____
Honorable Christina A. Snyder
United States District Judge