Dan Stormer, Esq. [S.B. # 101967]
Cindy Pánuco, Esq. [S.B. #266921]
Brian Olney, Esq. [S.B. #298089]
HADSELL STORMER & RENICK LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
cpanuco@hadsellstormer.com
bolney@hadsellstormer.com

Robert Newman, Esq. [S.B. #86534]
ROBERT D. NEWMAN, ATTORNEY AT LAW
3701 Wilshire Blvd., Suite 208
Los Angeles, California 90010
Telephone: (213) 487-7211
Facsimile: (213) 487-0242
Email: rnewman@rdnewmanlaw.com

Attorneys for Plaintiff
KENO V. THOMAS

**DISCOVERY MATTER**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENO V. THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>STARZ ENTERTAINMENT, LLC; MICHAEL THORNTON; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV15-09239 CAS (AFMx)<br><br>[Assigned to the Honorable Christina A. Snyder – Courtroom 8D]<br><br>**NOTICE OF MOTION RE JOINT DISCOVERY STIPULATION COMPELLING PRODUCTION OF DOCUMENTS OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER**<br><br>Date:  April 4, 2017<br>Time:  10:00 a.m.<br>Crtrm:  H<br><br>**MATTER FOR DETERMINATION BY THE HONORABLE ALEXANDER F. MACKINNON**<br><br>Complaint filed:  October 29, 2015<br>Discovery Cut-Off:  August 29, 2017<br>Motion Cut-Off:  November 10, 2017<br>Trial Date:  March 6, 2018 |

---
NTC OF MTN RE JNT DISCOVERY
STIP COMPELLING PROD OF DOCS

1   **PLEASE TAKE NOTICE** that on April 4, 2017, at 10:00 a.m., or as soon thereafter as counsel may be heard in Courtroom H, 9th floor of the United States District Court, Central District, located at 312 North Spring Street, Los Angeles, California 90012, Plaintiff Keno V. Thomas, will and hereby does move this Court for an order compelling production of documents or, in the alternative, use of a protective order appropriate to this case.

This motion is made following efforts by Plaintiffs' counsel to resolve these issues informally, as required by Local Rule 37-1, *et seq. See* Declaration of Brian Olney ("Olney Decl."), ¶¶ 2-13, filed concurrently herewith.

This motion is and will be based upon this Notice of Motion; the Joint Stipulation of Counsel, and exhibits; the pleadings and records on file with this court; the Declaration of Brian Olney; any evidence of which the Court may take judicial notice prior to or at the hearing of this matter; and upon such oral or documentary evidence as may be presented at the hearing of this motion.

Dated: March 13, 2017

Respectfully Submitted,

ROBERT D. NEWMAN, ATTORNEY AT LAW

HADSELL STORMER & RENICK LLP

By:  /s/ - Brian Olney
     Dan Stormer
     Cindy Pánuco
     Brian Olney
Attorneys for Plaintiff